NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**NORTHERN HOSPITALITY GROUP, INC., DBA 49TH STATE BREWING CO.,**
*Appellant*

**v.**

**ALASKAN BREWING & BOTTLING CO.,**
*Appellee*

_____

2023-2330

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91264066.

_____

**O R D E R**

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

July 9, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 9, 2025